IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 08-cv-02635-WYD-MJW

JOSEPH M. KASHAWNY,

Plaintiff(s),

v.

XCEL ENERGY SERVICES, INC., et al

Defendant(s).

MINUTE ORDER

It is hereby ORDERED that the Unopposed Motion for Protective Order (docket no. 24) is GRANTED finding good cause shown. The written Protective Order (docket no. 24-2) is APPROVED and made an Order of Court.

Date: March 2, 2009