IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02635-WYD-MJW

JOSEPH M. KASHAWNY,

    Plaintiff,

v.

XCEL ENERGY SERVICES, INC., a Minnesota Corporation;
CAMILLE ABBOUD; JACK DYBALSKI; and
CARRY OSWALD,

    Defendants.

## ORDER RE PLAINTIFF'S UNOPPOSED MOTION TO AMEND COMPLAINT (Docket No. 26)

The Court, being fully advised and having reviewed Plaintiff's Unopposed Motion to Amend Complaint, does hereby GRANT's Unopposed motion to amend his complaint. ⊕

DATED this 2nd day of March, 2009.

⊕ The Amended Complaint (Docket No. 26-2) is Accepted For Filing Today.

BY THE COURT:

Michael J. Watanabe
United States Magistrate Judge