IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02635-WYD-MJW

JOSEPH M. KASHAWNY,

    Plaintiff,

v.

XCEL ENERGY SERVICES, INC., a Minnesota Corporation;
CAMILLE ABBOUD;
JACK DYBALSKI; and
CARY OSWALD,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    Xcel Energy Services, Inc.'s Unopposed Motion to Withdraw Its Motion to Dismiss Plaintiff's First and Sixth Claims for Relief [doc. #33, filed March 6, 2009] is **GRANTED**. Defendant Xcel Energy Services, Inc.'s Motion to Dismiss Plaintiff's First and Sixth Claims for Relief [doc. #15, filed January 30, 2009] is **WITHDRAWN**.

    Dated: March 9, 2009