IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02635-WYD-MJW

JOSEPH M. KASHAWNY,

    Plaintiff,

v.

XCEL ENERGY SERVICES INC., a Minnesota corporation;
CAMILLE ABBOUD;
JACK DYBALSKI; and
CARY OSWALD,

    Defendants.

---

## ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO VACATE AND RESCHEDULE SETTLEMENT CONFERENCE
( Docket No. 42 )

---

THE COURT, having reviewed Defendants' Unopposed Motion to Vacate and Reschedule Settlement Conference, and being fully informed on the issues, hereby ORDERS as follows:

The settlement conference currently scheduled for June 22, 2009 at 10:00 a.m. is VACATED and rescheduled to commence on October 8, 2009 at 10:30 a.m.

DATED this 15th day of May, 2009

BY THE COURT:

/s/ Michael J. Watanabe
United States Magistrate Judge

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO

*Confidential Settlement Statement are Due By Oct 2, 2009*