IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No.  08-cv-02635-WYD-MJW

JOSEPH M.  KASHAWNY,

Plaintiff(s),

v.

XCEL ENERGY SERVICES, INC., et al

Defendant(s).

MINUTE ORDER

It is hereby ORDERED that the Defendants' Unopposed Motion to Amend Scheduling Order Re: Expert Disclosures, DN 46, filed with the Court on July 23, 2009, is GRANTED.   The parties shall have an extension of time up to and including September 4, 2009, in which to designate expert witnesses, and, an extension of time up to and including September 21, 2009, in which to designate rebuttal expert witnesses.  The Scheduling Order shall be amended consistent with this Minute Order.

Date:  July 24, 2009