## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02635-WYD-MJW

JOSEPH M. KASHAWNY,

      Plaintiff,

v.

XCEL ENERGY SERVICES INC., a Minnesota corporation;
CAMILLE ABBOUD
JACK DYBALSKI; and
CARY OSWALD,

      Defendants.

---

## ORDER GRANTING JOINT MOTION TO AMEND SCHEDULING ORDER
( Docket No 53 )

THIS MATTER is before the Court on the parties' Joint Motion to Amend Scheduling Order. The Court, having reviewed the Motion, and otherwise being fully apprised, hereby finds that good cause exists for the extensions sought, and therefore grants the Motion. The Scheduling Order is hereby amended to reflect the following deadlines:

    1.    Expert witness disclosures by each party shall be made on or before December 18, 2009;

    2.    Rebuttal expert witness disclosures shall be made on or before January 8, 2010;

    3.    All written discovery shall be served on or before December 18, 2009;

    4.    Discovery cutoff shall be January 22, 2010; and

    5.    Dispositive motion cutoff shall be February 5, 2010.

DATED this 21st day of August, 2009.

BY THE COURT:

**MICHAEL J. WATANABE**
**U.S. MAGISTRATE JUDGE**
**DISTRICT OF COLORADO**