IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02635-WYD-MJW

JOSEPH M. KASHAWNY,

    Plaintiff,

v.

XCEL ENERGY SERVICES INC., a Minnesota corporation;
CAMILLE ABBOUD,
JACK DYBALSKI; and
CARY OSWALD,

    Defendants.

---

**ORDER GRANTING JOINT MOTION TO VACATE AND RESCHEDULE
SETTLEMENT CONFERENCE AND FINAL PRETRIAL CONFERENCE**
( Docket no. 56 )

---

THE COURT, having reviewed the parties' Joint Motion to Vacate and Reschedule Settlement Conference and Final Pretrial Conference, and being otherwise fully apprised, hereby finds that good cause exists for the extensions sought, and therefore ORDERS as follows:

1.    The settlement conference currently scheduled for October 8, 2009 at 10:30 a.m. is VACATED and rescheduled to commence on December 4, 2009, at 10:00 a.m.

2.    The final pretrial conference currently scheduled for December 15, 2009 at 8:30 a.m. is VACATED and rescheduled to commence on March 5, 2010, at 8:30 a.m.

Confidential settlement statements are due on November 30, 2009. The proposed final Pretrial Order shall be submitted on or before February 24, 2010.

1 of 2

(DN.56)

DATED this 16TH day of September, 2009

BY THE COURT:

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO

(DN.56)

civil action No 08-cv-02635-WYD-MJW

2 of 2