### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02635-WYD-MJW

JOSEPH M. KASHAWNY,

      Plaintiff,

v.

XCEL ENERGY SERVICES INC., a Delaware Corporation;
CAMILLE ABBOUD; JACK DYBALSKI; and
CARY OSWALD,

      Defendants.

---

### DEFENDANTS ABBOUD AND OSWALD'S
### MOTION FOR ENTRY OF PROTECTIVE ORDER

---

Defendants Camille Abboud and Cary Oswald, by and through their attorneys, Brownstein Hyatt Farber Schreck, LLP, and pursuant to Fed. R. Civ. P. 26(c)(1)(B), hereby move for a protective order requesting that the depositions scheduled to begin next week be stayed pending substitution of legal counsel.  As grounds therefor, Defendants Abboud and Oswald state the following:

    1.    **CERTIFICATION:**  Undersigned counsel hereby certifies that on the afternoon of November 6, 2009, she conferred in good faith with counsel for Plaintiff by telephone regarding this matter.  Counsel for Plaintiff indicated that Plaintiff opposes the relief sought in this Motion, and that he will be filing a responsive pleading next week.

    2.    Under Fed. R. Civ. P. 26(c)(1)(B), a party may move for a protective order, and the Court may, for good cause, issue an order to protect that party from annoyance, embarrassment,

oppression, or undue burden; and the order may specify terms, including [the] time and place, of [any] discovery.

3.      Undersigned counsel, Brownstein Hyatt Farber Schreck, LLP ("BHFS"), currently represents all four defendants in this action: Xcel Energy Services Inc. ("XES"), Camille Abboud, Jack Dybalski, and Cary Oswald.

4.      Four days ago, Defendants commenced the deposition phase of this case by taking the deposition of Plaintiff.  Next week, three additional depositions – noticed by Plaintiff – are set to occur.  The three Individual Defendants are scheduled to be deposed, for three days, starting November 17, 2009.

5.      On the afternoon of November 6, 2009, Defendant Abboud notified BHFS that he needs, and will retain, new and separate legal counsel.  Accordingly, Defendant Abboud seeks the brief postponement of all depositions currently noticed until such time as he is able to secure new and separate counsel.

6.      Defendant Oswald also notified BHFS that he will promptly retain, and is now seeking, new and separate legal counsel.  Again, this counsel will be substituted for BHFS and undersigned counsel as quickly as possible.

7.      Defendants Abboud and Oswald have identified several prospective attorneys to represent them; however, as of the time that this Motion is being filed, no specific attorney had been selected.

8.      To follow through with the depositions as scheduled would be oppressive and unduly burdensome on Defendants Abboud and Oswald as they have yet to retain substitute counsel, let alone the opportunity to inform new counsel of the facts and circumstances of this litigation.

2

9.      If the depositions are postponed, Defendants Abboud and Oswald will have an opportunity to retain new and separate counsel and promptly reschedule the depositions at a time that is mutually agreeable to all parties.

10.      Notably, all of the depositions at issue are of current XES employees who may be produced with minimal inconvenience.

11.      Furthermore, this case has not even been on file for a year – Plaintiff filed his complaint on December 4, 2008.  Also, the discovery cut-off in this case is not until January 22, 2010.  Moreover, no trial date has been set.  Accordingly, if the Court grants this Motion, no real prejudice (only inconvenience) will result.  That inconvenience is not large in comparison to the issues that arise from Defendants Abboud and Oswald being required to proceed with the depositions as set, without the counsel of their choosing.

WHEREFORE, Defendants Abboud and Oswald respectfully request that the Court grant this Motion for a Protective Order and stay the depositions currently scheduled until such time as Defendants Abboud and Oswald are able to secure new and separate legal counsel.  Upon securing new counsel, Defendants Abboud and Oswald will consult with all parties to promptly reschedule the depositions to a mutually agreeable time.

DATED this 6th day of November, 2009.

BROWNSTEIN HYATT FARBER SCHRECK, LLP

/s Meghan W. Martinez
Meghan W. Martinez
Leah P. VanLandschoot
410 17th Street, 22nd Floor
Denver, Colorado 80202
Phone:  (303) 223-1100
Fax: (303) 223-1111

3

ATTORNEYS FOR DEFENDANTS

CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of November, 2009, a true and correct copy of the foregoing **DEFENDANTS ABBOUD AND OSWALD'S MOTION FOR ENTRY OF PROTECTIVE ORDER** was filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail address or by U.S. mail, postage prepaid, properly addressed to:

Todd J. McNamara, Esq.
1640 East 18th Avenue
Denver, Colorado 80218
tjm@18thavelaw.com

BROWNSTEIN HYATT FARBER SCHRECK, LLP

/s Meghan W. Martinez
Meghan W. Martinez
Leah P. VanLandschoot
410 17th Street, 22nd Floor
Denver, Colorado 80202
Phone:  (303) 223-1100
Fax: (303) 223-1111

7161\63\1333966.4