IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No.  08-cv-02635-WYD-MJW

JOSEPH M.  KASHAWNY,

Plaintiff(s),

v.

XCEL ENERGY SERVICES, INC., et al

Defendant(s).

MINUTE ORDER

      It is hereby ORDERED that Plaintiff's Unopposed Motion for Expedited Ruling on Defendant's Abboud and Oswald's Motion for Protective Order and Stay (docket no. 63) is GRANTED.

      It is hereby ORDERED that Defendants Abboud and Oswald's Motion for Entry of Protective Order (docket no. 60) is DENIED.  Both of these defendants are represented by attorneys Leah P. VanLandschoot and Meghan W. Martinez.  There are no pending motions to withdraw as counsel of record by Ms. VanLandschoot or Ms. Martinez.  Substitute legal counsel has not entered in this case as of the date of this minute order on behalf of Defendants Abboud and Oswald.  Defendant Abboud and Oswald have had from roughly December 2008 to January 2009, to hire and retain substitute counsel.  They have not done so.  Discovery cut-off is January 22, 2010.   The parties need to move forward in completing discovery timely.  This court has already granted one extension of time to complete discovery in this case.  Under these facts, Defendants Abboud and Oswald have failed to meet their burden of proof for this court to enter a protective order preventing their depositions pursuant to Fed. R. Civ. P. 26(c)(1)(B).

Date:   November 10, 2009