IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No.  08-cv-02635-WYD-MJW

JOSEPH M. KASHAWNY,

Plaintiff(s),

v.

XCEL ENERGY SERVICES, INC., et al

Defendant(s).

MINUTE ORDER

      It is hereby ORDERED that the Defendants' Unopposed Motion to Amend Scheduling Order (Docket No. 80), filed with the court on January 26, 2010, is GRANTED. The deadline for filing of dispositive motions is extended up to and including March 1, 2010. The Final Pretrial Conference remains set on March 5, 2010 at 8:30 a.m.

Date:  January 28, 2010