**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**


Civil Action No. 08-CV-02635 WYD-MJW


JOSEPH M. KASHAWNY,

     Plaintiff,

v.

XCEL ENERGY SERVICES, INC. a Minnesota Corporation;
CAMILLE ABBOUD; JACK DYBALSKI; and
CARY OSWALD,

     Defendants.

_____

**DEFENDANT CAMILLE ABBOUD'S JOINDER IN MOTION FOR SUMMARY
JUDGMENT AND MEMORANDUM BRIEF IN SUPPORT OF MOTION FOR
SUMMARY JUDGMENT**

_____

Individual Defendant Camille Abboud ("Abboud") by and through his attorneys, Jester

Gibson & Moore, LLP, hereby adopt and join Defendants Xcel Energy Services Inc.'s and Jack

Dybalski's Motion for Summary Judgment and Memorandum Brief In Support Of Motion For

Summary Judgment (hereinafter referred to as "Xcel's Motion and Brief").

On March 9, 2009, Individual Defendants Abboud, Jack Dybalski and Cary Oswald filed a

Motion to Dismiss Plaintiff's Seventh Claim for Relief (Outrageous Conduct). The Motion to

Dismiss was fully briefed as of May 14, 2009.  Docket Nos. 35, 39 and 43.  The Court has not

yet ruled on the individual Defendants' Motion to Dismiss.

Even if the Court finds that the allegations in Plaintiff's Amended Complaint are

sufficient to withstand the Motion to Dismiss, Plaintiff cannot establish any of the elements of

his claim against Abboud for outrageous conduct under Fed.R.Civ.P. 56.  The undersigned has

reviewed Xcel Energy Services Inc. and Jack Dybalski's Motion and Brief, has reached the same conclusion, and supports and hereby joins in the Statement of Facts and legal argument concerning Plaintiff's Seventh Claim for outrageous conduct.

THEREFORE, Individual Defendant Camille Abboud hereby adopts and joins in Defendants Xcel Energy Services Inc. and Jack Dybalski's Motion for Summary Judgment and Memorandum Brief In Support Of Motion For Summary Judgment concerning Plaintiff's Seventh claim for outrageous conduct, and respectfully requests that the Court grant summary judgment in his favor and against Plaintiff on the Seventh Claim in Plaintiff's Amended Complaint and for such other and further relief that this Court deems just and proper.

Dated this 1st day of March, 2010.

Respectfully submitted,

JESTER GIBSON & MOORE, LLP

By:     s/ Jay S. Jester
        Jay S. Jester, #16913
        Jester Gibson & Moore, LLP
        1999 Broadway, Ste. 3225
        Denver, CO 80202
        Phone: 303-377-7888
        jjester@jgllp.com
        Attorney for Defendant Camille Abboud

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 1, 2010, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

- **Todd J. McNamara**
  tjm@18thavelaw.com
- **Megan Martinez**
  mmartinez@bhfs.com
- **Steven W. Kelly**
  skelly@s-d.com

*s/ Samantha Lee*