# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02635-WYD-MJW

JOSEPH M. KASHAWNY,

    Plaintiff,

v.

XCEL ENERGY SERVICES INC., a Minnesota corporation;
CAMILLE ABBOUD;
JACK DYBALSKI; and
CARY OSWALD,

    Defendants.

---

## ORDER GRANTING <u>UNOPPOSED</u> MOTION FOR EXTENSION OF TIME FOR INDIVIDUAL DEFENDANTS TO FILE MOTION FOR ATTORNEYS FEES AND COSTS
( Docket No. 96)

---

THIS MATTER comes before the Court on Defendants Camille Abboud, Jack Dybalski, and Cary Oswald (collectively the "Individual Defendants"), Unopposed Motion for Extension of Time to File Motion for Attorneys Fees and Costs.

The Court, having reviewed the Motion, the file, and otherwise being fully advised in the premises, hereby GRANTS the Motion, and

ORDERS that the Individual Defendants' motion is granted. Defendants Camille Abboud, Jack Dybalski, and Cary Oswald shall have to and including April 9, 2010 within which to file their Motion for Attorneys Fees and Costs.

DATED: April 5, 2010

                    BY THE COURT:

                    _[signature]_

                    MICHAEL J. WATANABE
                    U.S. MAGISTRATE JUDGE
                    DISTRICT OF COLORADO