**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  08-cv-02635-WYD-MJW

---

JOSEPH M. KASHAWNY,

    Plaintiff,

v.

XCEL ENERGY SERVICES, INC., a Minnesota Corporation;
CAMILLE ABBOUD; JACK DYBALSKI; and
CARRY OSWALD,

    Defendants.

---

**PLAINTIFF'S UNOPPOSED MOTION TO STAY PROCEEDINGS PENDING
SUBMISSION OF STIPULATED MOTION TO DISMISS CASE WITH PREJUDICE**

---

COMES NOW the Plaintiff, Joseph M. Kashawny, by and through his attorneys, McNamara, Roseman, Martinez & Kazmierski, LLP, and files the within Plaintiff's Unopposed Motion To Stay Proceedings Pending Submission of Stipulated Motion to Dismiss Case With Prejudice, and as grounds therefore states as follows:

    1.    Plaintiff Kashawny and Defendants have reached a resolution of all pending claims in this matter.  Trial is presently set to commence on February 7, 2011.

    2.    Two motions are presently pending, XES's Motion for Summary Judgment [Docket No. 89] and XES's Motion for Award of Attorney's Fees [Docket No. 106].  XES's Motion for Attorney's Fees was joined in by the three individual Defendants to this litigation, Jack Dybalski, Camille Abboud and Cary Oswald.

3. As a result of the parties' resolution of all pending claims, it will not be necessary for the Court to consider the pending motions nor should it be necessary for Plaintiff Kashawny to file responses to the pending motions. Response date for the pending motions is now set for May 14, 2010.

4. Counsel for XES starts a trial on May 17, 2010. Given the fact that there are five parties to this litigation, XES's counsel's pending trial and the circulation of settlement documents, the undersigned does not anticipate being in a position to file the Stipulated Motion to Dismiss the above-referenced case with prejudice, until on or about June 1, 2010.

5. Thus, the undersigned and Plaintiff Kashawny seek the stay of all proceedings, including any responses to pending motions, through June 1, 2010, so that the settlement documents may be finalized and a Stipulated Motion to Dismiss the case tendered to the Court.

6. Pursuant to D. C. Colo. L CivR. 7.1A, the undersigned has consulted with defense counsel who have no objection to the Motion, and, in fact, join in the Motion to Stay All Proceedings Pending Submission of the Stipulated Motion to Dismiss With Prejudice to the Court.

7. No prejudice will inure to the detriment of any of the parties as a result of this stay.

WHEREFORE, Plaintiff Kashawny prays for an order of this Court staying all proceedings, including any responses to pending motions, through June 1, 2010, and for such other and further relief as the Court may seem just and proper.

Respectfully submit May 13, 2010

McNAMARA, ROSEMAN,
MARTINEZ & KAZMIERSKI LLP

s/Todd J. McNamara, Esq._____

2

                                            Todd J. McNamara, Esq.
                                            1640 East 18th Avenue
                                            Denver, Colorado 80218
                                            (303) 333-8700
                                            Fax: (303) 331-6967
                                            Email:  tjm@18thavelaw.com

## **CERTIFICATE OF SERVICE**

        The undersigned certifies that on May 13, 2010, a true and correct copy of the foregoing **PLAINTIFF'S UNOPPOSED MOTION TO STAY PROCEEDINGS PENDING SUBMISSION OF STIPULATED MOTION TO DISMISS CASE WITH PREJUDICE** was caused to be served via the Internet to the Court-authorized service provider for electronic and/or other service to the following parties:

Meghan Martinez, Esq.
Barkley Martinez, P.C.
14426 E. Evans Avenue
Aurora, CO 80014-1474
(303) 302-8063
Fax: (303) 759-5203
Email: Martinez@barmarlaw.com

Leah P. Van Landschoot, Esq.
BROWNSTEIN HYATT FARBER
& SCHRECK, LLP
410 17th Street, 22nd Floor
Denver, CO 80202
 (303) 223-1100
 (303) 223-1111
Email:  lvanlandschoot@bhfs.com

Jay S. Jester, Esq.
Marcel Krzystek, Esq.
JesterGibson & Moore, LLP
1999 Broadway, Suite 3225
Denver, CO 80202
(303) 377-7888
Email: jjester@jgllp.com
        mkrzystek@jgllp.com

Steven W. Kelly, Esq.
1801 York Street
Denver, CO 80206
(303) 399-3000
Email:  skelly@s-d.com

                *s/Donna McCloskey*_____
                Donna McCloskey

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on May 13, 2010, a true and correct copy of the foregoing **PLAINTIFF'S UNOPPOSED MOTION TO STAY PROCEEDINGS PENDING SUBMISSION OF STIPULATED MOTION TO DISMISS CASE WITH PREJUDICE** was caused to be served via email to the following:

Joseph Kashawny
jkashawny@gmail.com


                *s/Donna McCloskey*_____
                Donna McCloskey