IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02635-WYD-MJW

JOSEPH M. KASHAWNY,

    Plaintiff,

v.

XCEL ENERGY SERVICES, INC., a Minnesota Corporation;
CAMILLE ABBOUD;
JACK DYBALSKI; and
CARY OSWALD,

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

THE COURT, having reviewed the parties' Stipulation for Dismissal With Prejudice, and being fully informed on the issues, it is hereby

ORDERED that the above referenced case is hereby dismissed with prejudice and each party shall pay his or its own costs and attorneys' fees.

Dated this 2nd day of June, 2010.

                BY THE COURT:

                s/ Wiley Y. Daniel
                WILEY Y. DANIEL,
                CHIEF UNITED STATES DISTRICT JUDGE